**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| |
|---|
| **PETERSON DIAS-MACHADO**, |
| *Petitioner*, |
| v. |
| **J.L. JAMISON, in his official capacity as Warden of Federal Detention Center, Philadelphia, et al.**, |
| *Respondents.* |

**Case No. 2:26-cv-01431-JDW**

## ORDER

**AND NOW**, this 9th day of March, 2026, upon review of Petitioner Peterson Dias-Machado's Petition For Writ Of Habeas Corpus (ECF No. 1), and for substantially the same reasons set forth in *Kashranov v. J.L. Jamison*, Case No. 2:25-cv-5555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison,* No. 26-cv-532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026), it is **ORDERED** as follows:

1.      Mr. Dias-Machado is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A);

2.      The Government shall **RELEASE** Mr. Dias-Machado from custody immediately and certify compliance with this Order by filing on the docket no later than 12:00 p.m. ET on March 10, 2026;

3.      The Government is temporarily enjoined from re-detaining Mr. Dias-Machado for seven days following his release from custody;

4.      If the Government chooses to pursue re-detention of Mr. Dias-Machado after that seven-day period, then it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5.      Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Mr. Dias-Machado from the Middle District of Pennsylvania[1] or the Eastern District of Pennsylvania before the ordered bond hearing for any purpose other than facilitating his return home. If the immigration judge determines that Mr. Dias-Machado is subject to detention under 8 U.S.C. § 1226(a), then the Government may request permission from me to move Mr. Dias-Machado if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. I will then determine whether to grant the request and permit transfer of Mr. Dias-Machado.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.

---

[1]      According to U.S. Immigration And Customs Enforcement's Online Detainee Locator System, the Government has moved Mr. Dias-Machado from the Federal Detention Center in this District and is now detaining him in the Moshannon Valley Processing Center in the Middle District of Pennsylvania. That transfer does not divest this Court of jurisdiction over his petition because Mr. Dias-Machado was still in this District when he filed it. *See Khalil v. President, United States*, 164 F.4th 259, 271 (3d Cir. 2026).